**Order entered May 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01751-CV

### UNIVERSITY GENERAL HOSPITAL, L.P., ET AL., Appellant

### V.

### REED MIGRAINE CENTERS OF TEXAS, PLLC, ET AL., Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02875-A**

## ORDER

On April 15, 2014, we abated this appeal to allow the trial court an opportunity to rule on appellees' motion to dissolve the temporary injunction at issue in the appeal. By motion filed May 6, 2014, appellees inform us the injunction has been dissolved. Accordingly, we **REINSTATE** the appeal.

Appellees' May 6th motion also seeks a dismissal of the appeal. That request will be determined separately.

/s/      ELIZABETH LANG-MIERS
JUSTICE